# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number: 13-cv-3306

**HOTEL 71 MEZZ LENDER LLC, a Delaware limited liability company; OAKTREE CAPITAL MANAGEMENT, L.P., a Delaware limited liability company;**

Plaintiff,

v.

**THE NATIONAL RETIREMENT FUND,**

Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: **Defendant**

| | |
|---|---|
| NAME (Type or print)    Michele M. Reynolds | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/Michele M. Reynolds | |
| FIRM<br>Dowd, Bloch & Bennett | |
| STREET ADDRESS: 8 S. MICHIGAN AVENUE, 19TH FLOOR | |
| CITY/STATE/ZIP: Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6237957 | TELEPHONE NUMBER<br>(312) 372-1361 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☐          NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES X     NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES X     NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |