UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **HOTEL 71 MEZZ LENDER LLC, a Delaware limited liability company; and OAKTREE CAPITAL MANAGEMENT L.P., a Delaware limited liability company;** | ) ) ) ) ) | |
| Plaintiffs | ) | Case No. 13-cv-3306 |
| v. | ) ) ) | Judge Nordberg |
| **THE NATIONAL RETIREMENT FUND,** | ) ) | Magistrate Judge Brown |
| Defendant. | ) ) | |

## NOTICE OF MOTION

TO: Dan Zazove
 Kathleen A. Stetsko
 Perkins Coie LLP
 131 S. Dearborn, Suite 1700
 Chicago IL 60603

 PLEASE TAKE NOTICE that on **Wednesday, May 29, 2013** at **2:30 PM**., or as soon as thereafter as I may be heard, I will appear before the Honorable John A. Nordberg, or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom 1801 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Defendant's Motion for Extension of Time to Answer or Otherwise Plead to Complaint for Declaratory Judgment and Related Relief, a copy of which is attached and served upon you.

 Respectfully submitted,

 /s/ Michele M. Reynolds, Local Counsel
 One of Plaintiffs' Attorneys

Jaimie Davis
Ron Richman
Schulte Roth & Zabel LLP
919 Third Avenue, New York, NY 10022
212-756-2000

Michele M. Reynolds, Local Counsel
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361