**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number: 13-cv-03306

HOTEL 71 MEZZ LENDER LLC; and
OAKTREE CAPITAL MANAGEMENT, L.P.
v.
THE NATIONAL RETIREMENT FUND.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS: HOTEL 71 MEZZ LENDER LLC; and
OAKTREE CAPITAL MANAGEMENT, L.P.

| | |
|---|---|
| NAME (Type or print) Christopher B. Wilson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Christopher B. Wilson | |
| FIRM Perkins Coie LLP | |
| STREET ADDRESS 131 S. Dearborn Street, Suite 1700 | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06202139 | TELEPHONE NUMBER 312.324.8400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |