UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOTEL 71 MEZZ LENDER LLC, a Delaware limited liability company; and OAKTREE CAPITAL MANAGEMENT L.P., a Delaware limited liability company; | ) ) ) ) ) | |
| Plaintiffs | ) ) | Case No. 13-cv-3306 |
| v. | ) ) | Judge Nordberg |
| THE NATIONAL RETIREMENT FUND, | ) ) | Magistrate Judge Brown |
| Defendant. | ) ) | |

## NOTICE OF FILING

TO:  Dan Zazove
 Kathleen A. Stetsko
 Christopher Wilson
 Perkins Coie LLP
 131 S. Dearborn, Suite 1700
 Chicago IL 60603

**PLEASE TAKE NOTICE** that on May 28, 2013, I caused to be filed with the U.S. District Court for the Northern District of Illinois via its electronic filing system, the attached Notice of Filing and **Answer And Counterclaims Of Defendant, The National Retirement Fund, to the Complaint For Declaratory Judgment and Related Relief,** a copy of which is served on you.

Respectfully submitted,

/s/ Michele M. Reynolds, Local Counsel
One of Plaintiffs' Attorneys

Jaimie Davis
Ron Richman
Schulte Roth & Zabel LLP
919 Third Avenue, New York, NY 10022
212-756-2000

Michele M. Reynolds, Local Counsel
Jeremy M. Barr
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361