**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **HOTEL 71 MEZZ LENDER LLC**, a Delaware limited liability company; **OAKTREE CAPITAL MANAGEMENT, L.P.**, a Delaware limited liability company;<br><br>Plaintiff<br><br>v.<br><br>**THE NATIONAL RETIREMENT FUND**,<br><br>Defendant. | Case No. 13 CV 03306<br><br>Honorable Ruben Castillo |

### NOTICE OF MOTION

**TO:**  Michele M. Reynolds  Jaimie Caren Davis
Jeremy M. Barr  Ronald E. Richman
Dowd, Bloch & Bennett  Schulte Roth & Zabel LLP
8 S. Michigan Avenue--19th Floor  919 Third Avenue
Chicago, IL  60603  New York, NY  10022

**PLEASE TAKE NOTICE** that on **Wednesday, June 5, 2013** at **9:45 a.m**., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ruben Castillo, or any judge sitting in his stead, in Courtroom 2141 in the United States District Courthouse at 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**, a copy of which has already been served upon you.

Dated:  May 31, 2013       Respectfully submitted,

         OAKTREE CAPITAL MANAGEMENT, L.P.
         HOTEL 71 MEZZ LENDER LLC

         /s/Christopher B. Wilson_____
         One of Their Attorneys

Daniel A. Zazove (#3104117)
Christopher B. Wilson (#6202139)
Kathleen Stetsko (#6297704)
Abiman Rajadurai (#6308091)
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: (312) 324-8400
Facsimile: (312) 324-9400
dzazove@@perkinscoie.com
cwilson@perkinscoie.com
kstetsko@perkinscoie.com
arajadurai@perkinscoie.com

## **CERTIFICATE OF SERVICE**

I, Christopher B. Wilson, certify that on May 31, 2013, I caused the foregoing **NOTICE OF MOTION** to be filed pursuant to the Court's CM/ECF system and served as follows:

**Via the Court's CM/ECF System to:**
Michele M. Reynolds
Jeremy M. Barr
Dowd, Bloch & Bennett
8 S. Michigan Avenue--19th Floor
Chicago, IL  60603
Telephone:  312.372.1361

and

Ronald E. Richman
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022
Telephone:  212.756.2000

**Via Facsimile @ 212.593.5955** and
**First Class Mail [postage prepaid] to:**
Jaimie Caren Davis
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022
Telephone:  212.756.2000

LEGAL26884392.1