# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Hotel 71 Mezz Lender LLC, et al.
                                    Plaintiff,

v.                                                    Case No.: 1:13−cv−03306
                                                      Honorable Ruben Castillo

The National Retirement Fund, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 5, 2013:

MINUTE entry before Honorable Ruben Castillo:Motion hearing held on 6/5/2013. Plaintiff's motion for preliminary injunction [16] is withdrawn. Plaintiff's motion for summary judgment is due 6/28/2013. Defendant's response/cross motion for summary judgment is due 7/19/2013. Plaintiff's reply will be due 8/2/2013. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.