**CERTIFICATE OF SERVICE**

Michele M. Reynolds, an attorney, hereby certifies that I will cause to be served a copy of the attached Notice of Filing and **Defendant/Counter-Claimant's Response to Plaintiff/Counter-Defendant's Statement of Material Facts and Defendant/Counter-Claimant's Memorandum of Law in Opposition to Plaintiff/Counter-Defendant's Motion for Summary Judgment** via electronic filing on the parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on July 19, 2013, with proper postage prepaid at the addresses indicated.

                                            Dan Zazove
                                            Kathleen A. Stetsko
                                            Christopher B. Wilson
                                            Perkins Coie LLP
                                            131 S. Dearborn, Suite 1700
                                            Chicago IL 60603

                                            /s/ Michele M. Reynolds
                                            Michele M. Reynolds
                                            Once of Defendant's Attorneys


Jaimie Davis
Ron Richman
Schulte Roth & Zabel LLP
919 Third Avenue, New York, NY 10022
212-756-2000

Michele M. Reynolds
Jeremy M. Barr
Dowd, Bloch & Bennett
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361