# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HOTEL 71 MEZZ LENDER LLC, a Delaware limited liability company; and OAKTREE CAPITAL MANAGEMENT, L.P., a Delaware limited liability company;<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL RETIREMENT FUND,<br><br>Defendant. | Case No. 13-3306<br><br>Case No. 13-cv-03306<br><br>Honorable Judge Ruben Castillo<br>Honorable Ruben Castillo<br>Magistrate Judge Brown<br>Magistrate Judge Brown |
| THE NATIONAL RETIREMENT FUND and THE TRUSTEES OF THE NATIONAL RETIREMENT FUND,<br><br>Counter Claimants,<br><br>v.<br><br>HOTEL 71 MEZZ LENDER LLC, a Delaware limited liability company; OAKTREE CAPITAL MANAGEMENT, L.P., a Delaware limited liability company; and JOHN DOES 1-10 (all other trades or businesses under common control with Chicago H&S Hotel Property, L.L.C.),<br><br>Counter Defendants. | |

## **NOTICE OF FILING**

TO:  Dan Zazove
      Kathleen A. Stetsko
      Christopher Wilson
      Perkins Coie LLP
      131 S. Dearborn, Suite 1700
      Chicago IL 60603

**PLEASE TAKE NOTICE** that on July 19, 2013, I caused to be filed with the U.S. District Court for the Northern District of Illinois via its electronic filing system, the attached **Defendant/Counter-Claimant's Response to Plaintiff/Counter-Defendant's Statement of Material Facts and Defendant/Counter-Claimant's Memorandum of Law in Opposition to Plaintiff/Counter-Defendant's Motion for Summary Judgment,** copies of which are served on you.

                                                   Respectfully submitted**,**

                                                   /s/ Michele M. Reynolds, Local Counsel
                                                   One of Defendant's Attorneys

Jaimie Davis
Ron Richman
Schulte Roth & Zabel LLP
919 Third Avenue, New York, NY 10022
212-756-2000

Michele M. Reynolds, Local Counsel
Jeremy M. Barr
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361